UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

LINDA ZAJORK and
RICHARD ZAJORK,

        Plaintiff,

v.                               Case No. 17-cv-217-pp

HUMANA INSURANCE COMPANY,

        Involuntary Plaintiff,

v.

HOTELES SOLARIS DE MEXICO, SA DE CV,

        Defendant.

**ORDER DISMISSING TRANSAMERICA CASUALTY INSURANCE COMPANY AS DEFENDANT FOR FAILURE TO SERVE**

On May 29, 2018, the court issued an order to show cause, requiring the plaintiff to show cause why the court should not dismiss Transamerica Casualty Insurance Company as a defendant for failing to serve process within the period required by Fed. R. Civ. P. 4(m). Dkt. No. 22. The court ordered the plaintiff to show cause by the end of the day on June 8, 2018. Id. at 2. The plaintiff did not respond to the court's order by the deadline.

The court **ORDERS** that Transamerica Casualty Insurance Company is

**DISMISSED** as a defendant.

Dated in Milwaukee, Wisconsin this 11th day of June, 2018.

BY THE COURT:

_____
**HON. PAMELA PEPPER**
**United States District Judge**